IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | <u>ORDER OF DISMISSAL</u> |
| | ) | |
| vs. | ) | C/A: 8:08-1767 GRA |
| | ) | |
| Penelope Wright, | ) | |
| | ) | |
| Defendant. | ) | |

UPON MOTION of the Plaintiff for the dismissal of the Complaint originally filed in this action against the above named Defendant due to the agency, Rural Development, not wanting to go forward with the case and it appearing to the Court that an Answer was filed by the Defendant through her attorney; now, therefore, it is

<u>ORDERED</u>: That the Complaint originally filed in this civil action is hereby dismissed without prejudice.

<u>IT IS ALSO ORDERED</u>: That the Clerk of Court of Common Pleas for Newberry County, South Carolina is hereby authorized and directed to cancel the Lis Pendens which was filed and recorded in that office on May 14, 2008 in Book 2008LP36, at Page 96.

AND IT IS SO ORDERED.

G. Ross Anderson, Jr.
Senior United States District Judge

September 25, 2009

1

WE CONSENT:

By: _____
David C. Gaffney   (S.C. Bar No. 66381) Fed. I.D. #10112
Attorney for the Defendant, Penelope Wright
7436 Broad River Road
Bldg. 1, Ste 110
Irmo, S.C. 29063

C/A 8:08-CV-1767 GRA

2